UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**WARNOCK ENGINEERING, LLC,**  **PLAINTIFFS**
**and RUDOLPH M. WARNOCK, JR.**

**v.**  **CIVIL ACTION NO. 3:17-cv-935-DPJ-FKB**

**CANTON MUNICIPAL UTILITIES**
**and CLEVELAND ANDERSON**  **DEFENDANTS**

## SHOW CAUSE ORDER

This case is before the Court *sua sponte*. Plaintiffs filed this case on November 21, 2017. They filed a notice of service purporting to show that they served Defendants with a copy of the Complaint on December 11, 2017. [5]. They have taken no action since.

Accordingly, Plaintiffs are ordered to show cause, in writing, as to why this case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). The Court sets a deadline of June 21, 2019, for Plaintiffs to file their response. Failure to respond by the deadline will result in this case's dismissal.

SO ORDERED, this the 23rd day of May, 2019.

    /s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE